**Opinion issued January 29, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

_____

## NO. 01-20-00091-CV

_____

## IN RE ALPHAMAR GROUP, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Alphamar Group, Inc., has filed a petition for writ of mandamus asserting that the trial court indicated at a hearing that it would be imposing "death penalty sanctions" against relator striking relator's evidence and precluding relator from introducing evidence at trial.[1] In conjunction with petition, relator has filed a

---

[1] The underlying case is *M&M Protection, LLC v. Alphamar Group. Inc.,* cause number 1093580, pending in the County Civil Court at Law No. 3 of Harris County, Texas, the Honorable LaShawn Williams presiding.

motion for an emergency stay of trial proceedings pending our decision on the petition. We deny the petition and dismiss the stay motion as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.